UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

VYDIA, INC.,

                        Plaintiff,

      -against-

                                        ORDER

CREATOR SYNC, INC.,
                                        25 Civ. 5638 (GBD)

                      Defendant.

------------------------------------- x

GEORGE B. DANIELS, United States District Judge:

      In light of the referral of the above-captioned case to Magistrate Judge Katharine H. Parker, all scheduled proceedings before this Court pursuant to the proposed Case Management Plan (ECF No. 5) are hereby canceled.

Dated: New York, New York
       September 23, 2025

                                              SO ORDERED.

                                              GEORGE B. DANIELS
                                              United States District Judge