USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____09/25/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

VYDIA, INC.,

                           Plaintiff,

            -against-

CREATOR SYNC, INC.,

                       Defendant.

------------------------------------------------------------------X

**25-CV-5638 (GBD) (KHP)**

**SCHEDULING ORDER FOR**
**DEFAULT MOTION AND  INQUEST**
**ON DAMAGES**

**KATHARINE H. PARKER, United States Magistrate Judge:**

This contract action has been referred to me for a Report and Recommendation on

Plaintiff's motion for a default judgment and damages.  By **October 31, 2025**, in accordance

with Federal Rule of Civil Procedure 55, Plaintiff is directed to serve and file a memorandum of

law setting forth the legal and factual basis for entry of a default judgment and the damages

sought, accompanied by supporting affidavits and exhibits setting forth proof of damages,

including the costs of this action, and proposed findings of fact and conclusions of law. All

proposed findings of fact with respect to damages must be supported by admissible evidence

introduced through affidavit. All proposed findings of law must be supported by reference to

applicable law.  Any claims for attorneys' fees and costs must be supported by detailed attorney

time records and evidence of costs (such as receipts or evidence of paid invoices) introduced

through an attorney declaration.  **Plaintiff shall serve a copy of the papers set forth above,**

**together with the documents at Docket Nos. 10 and a copy of this Order, on the Defendant**

**and file proof of service of same with the Court.**

Defendant shall have until **November 26, 2025** to object or otherwise respond to

Plaintiff's Motion for a Default Judgment and application for damages. Defendant must file any

objections or response with the Court and serve the response and/or objections on Plaintiff's

counsel.

An inquest hearing will take place on **December 15, 2025 at 11:00 a.m.** in Courtroom

17-D, United States Courthouse, 500 Pearl Street, New York, New York. Counsel for the parties

shall be prepared to answer questions and provide testimony, as appropriate, on the damages

application.  The Court reserves the right to adjourn the hearing if it finds that it can resolve the

motion on the papers.

**SO ORDERED.**

DATED:      New York, New York
            September 25, 2025

_____

KATHARINE H. PARKER
United States Magistrate Judge

2