USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/3/2025

[LAW FIRM, PLLC letterhead]

October 31, 2025

> The application is granted in part. In view of Plaintiff's filing of a motion for default judgment (ECF Nos. 17-21), the Plaintiff shall have until November 7, 2025, to serve the motion on Defendants and to supplement their factual submissions. Further, the Plaintiff is directed to obtain a Clerk's Certificate of Default before or in conjunction with their November 7, 2025 filings. *See* ECF Rule 16.1.
>
> SO ORDERED:
> /s/ Katharine H. Parker  11/3/2025
> HON. KATHARINE H. PARKER
> UNITED STATES MAGISTRATE JUDGE

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street, Room 17D
New York, New York 10007

Re:   Vydia, Inc. v. Creator Sync, Inc., 25-cv-5638 (GBD) (KHP)

Dear Magistrate Judge Parker:

We represent Plaintiff Vydia, Inc. in the above-referenced matter. By Order dated September 25, 2025 (ECF 15), Your Honor directed Plaintiff to make a motion for default judgment and damages by October 31, 2025. Our motion papers are very close to final, but as of this morning we are still waiting for critical client input on certain factual issues. Out of an abundance of caution, therefore, and in accordance with Section I.C. of Your Honor's Individual Practices in Civil Cases, we respectfully request that the Court adjourn the due date for Plaintiff's motion from October 31, 2025 to November 7, 2025. As Defendant Creator Sync, Inc. has not appeared in this matter, we do not know if Defendant would consent to this request. This is the first request for adjournment of this date.

Respectfully submitted,

/s/ Hillel I. Parness
Hillel I. Parness