**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
VYDIA, INC.,

                              Plaintiff,                    25 **CIVIL** 5638 (GBD)(KHP)

           -against-                                        **JUDGMENT**

CREATOR SYNC, INC.,

                              Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision & Order dated April 30, 2026, Plaintiff Vydia, Inc.'s

motion for default judgment as to Creator Sync, Inc. is GRANTED and the Report is ADOPTED

in its entirety. Plaintiff is awarded (a) principal damages in the amount of $160,000.00; (b)

prejudgment interest on such damages, at the interest rate of nine percent (9%; i.e., $39.45 per

day) from July 1, 2024 through the date of judgment in the amount of $26,392.05; (c) post

judgment interest pursuant to 28 U.S.C. § 1961; (d) attorneys' fees in the amount of $30,875.50;

and ( e) costs in the amount of $566.42.

**Dated:**  New York, New York
          May 1, 2026

                                                  **TAMMI M. HELLWIG**
                                        _____
                                                  **Clerk of Court**


                              BY:    _____
                                                  **Deputy Clerk**